**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2098**

---

PATRICIA ANN THOMAS,

        Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:21-cv-02256-MGL)

---

Submitted:  June 20, 2023                            Decided:  July 24, 2023

---

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Ann Thomas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Ann Thomas appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her employment discrimination suit as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Thomas v. South Carolina Dep't of Mental Health*, No. 3:21-cv-02256-MGL  (D.S.C. Apr. 22, 2022). We deny Thomas's motions to supplement and stay the proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*